

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

| Defendant: | **Genesis Offshore Holdings, LLC** |
|---|---|
| Bankruptcy Case: | **Fieldwood Energy LLC** |
| Preference Period: | **May 5, 2020 - Aug 3, 2020** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:7/30/2020 | $7,566.82 | 7/30/2020 | IANA06201530 | 7/15/2020 | $6,829.73 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:7/30/2020 | $7,566.82 | 7/30/2020 | AN2020000020 | 7/15/2020 | $737.09 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:6/26/2020 | $18,017.90 | 6/26/2020 | ST2020000042 | 6/15/2020 | $12,696.21 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:6/26/2020 | $18,017.90 | 6/26/2020 | NA0520153091 | 6/17/2020 | $5,321.69 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/7/2020 | $7,126.96 | 5/7/2020 | NA0320153091 | 4/21/2020 | $7,126.96 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $6,437.01 | 5/29/2020 | NA0420153091 | 5/18/2020 | $6,437.01 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/21/2020 | $13,804.73 | 5/21/2020 | ST2020000034 | 5/15/2020 | $12,463.38 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/21/2020 | $13,804.73 | 5/21/2020 | EG2020000068 | 5/15/2020 | $18.15 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/21/2020 | $13,804.73 | 5/21/2020 | EG2020000067 | 5/15/2020 | $27.47 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/21/2020 | $13,804.73 | 5/21/2020 | AN2020000010 | 5/15/2020 | $1,295.73 |

Totals:   5 transfer(s),   $52,953.42